# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEFFREY KEITH SPENCER,<br><br>    Plaintiff,<br><br>v.<br><br>R. BIGELOW et al.,<br><br>    Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:17-CV-835-DB<br><br>District Judge Dee Benson |

On October 25, 2018, the Court ordered Plaintiff to within thirty days submit a signed form consenting to incremental collection of his filing fee from his inmate account. Plaintiff has not done so.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's order and for failure to prosecute. *See* DUCivR 41-2.

DATED this 27th day of December, 2018.

                BY THE COURT:

                _____
                DEE BENSON
                United States District Judge